NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENZYME CORPORATION, SANOFI-AVENTIS U.S., LLC,**
*Plaintiffs-Appellees*

**v.**

**ZYDUS PHARMACEUTICALS (USA) INC.,**
*Defendant-Appellant*

---

2018-2362

---

Appeal from the United States District Court for the District of Delaware in No. 1:16-cv-00540-KAJ, Circuit Judge Kent A. Jordan.

---

**JUDGMENT**

---

PAUL HENRY BERGHOFF, McDonnell, Boehnen, Hulbert & Berghoff, LLP, Chicago, IL, argued for plaintiffs-appellees. Also represented by ALISON JAMEEN BALDWIN, NATHANIEL PAUL CHONGSIRIWATANA, DANIEL F. GELWICKS, NICOLE E. GRIMM, JAMES LEE LOVSIN, JEREMY E. NOE, KURT WILLIAM ROHDE; JEFFREY B. BOVE, Ratner Prestia, Wilmington, DE.

CHAD A. LANDMON, Axinn Veltrop Harkrider, LLP,

Hartford, CT, argued for defendant-appellant. Also represented by DAVID KEELER LUDWIG, EDWARD M. MATHIAS; DAN-FENG MEI, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 16, 2019                    /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court